**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00121-CR**
_____

**BRANDI RHNEE SHELTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B230038-R**

**MEMORANDUM OPINION**

On April 20, 2023, Brandi Rhnee Shelton filed a notice of appeal in which she gave this Court notice of her intent to appeal from a ruling from the 163rd District Court of Orange County denying her petition for habeas relief. Her notice of appeal failed to state whether the trial court had signed a written order denying her petition and failed to state the date on which the order (if there was one) was signed.

On May 4, 2023, we notified the parties that it appeared no appealable order had been signed in the case. We also notified the parties and the trial court that we

1

had not received a certification of the defendant's right to appeal. We warned the parties that unless our jurisdiction was established over Shelton's appeal by May 19, the appeal would be dismissed without further notice.

Subsequently, neither party filed responded to our notice. Thus, there is nothing in our record to explain how this Court has jurisdiction over Shelton's appeal. We have not neither received a copy of an order denying Shelton's application for a writ of habeas corpus, nor have we received a certification that shows Shelton has a right to appeal.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 20, 2023
Opinion Delivered June 21, 2023
Do Not Publish

Before Horton, Johnson and Wright, JJ.

2